## MISSISSIPPI *v.* ARKANSAS

No. 48, Orig.   Decided February 26, 1974—
Decree entered February 26, 1974

### DECREE

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Luna Bar, depicted in Mississippi's Exhibits 1 and 2, constituting, respectively, Appendix A and part of Appendix B to the Special Master's report, and appended hereto and hereby made a part of this decree, came into existence by accretion to Carter Point and is, and was, a part of the State of Mississippi.

2. The boundary line between the State of Mississippi and the State of Arkansas in the areas between the upstream and the downstream ends of Tarpley Cut-off is as follows:

> In the abandoned bed of the Mississippi River between the upstream end of the Tarpley Cut-off and the downstream end of Tarpley Cut-off, as defined and identified in Mississippi's said Exhibit 2. The courses and distances of the above-described line are set out in said Exhibit 2.

3. The cost of this suit, including the expenses of the Special Master and the printing of his report, have been paid out of the fund made up of equal contributions by the State of Mississippi and the State of Arkansas and said fund has been sufficient to defray all said expenses to the date of the issuance of the report.   Any costs and expenses that may be incurred beyond the amount so contributed by the respective litigants shall be borne by the State of Arkansas.

APPENDIX B
Exhibit 2

MISSISSIPPI RIVER
HYDROGRAPHIC SURVEY
1962-1964
MOUTH OF WHITE RIVER, ARK.
TO BLACK HAWK, LA.
320 TO 595 MILES ABOVE HEAD OF PASSES
IN 108 SHEETS
SHEET 26

U. S. ARMY ENGINEER DISTRICT, VICKSBURG 1964

MISSISSIPPI 1:50,000    *SECOND EDITION–AMS*    REFUGE    SHEET 2750 I
AMS SERIES V743

AMS V743
Second Edition–AMS

Prepared by the Army Map Service (AM), Corps of Engineers, U. S. Army, Washington, D. C. Copied in 1952 from Mississippi 1:62,500, MRC, Refuge, 1939. Original map compiled by planetable methods. Horizontal and vertical control by MRC and CE. Public land lines in Arkansas are based on the Fifth Principal Meridian; public land lines in Mississippi are based on the Choctaw Meridian. This map complies with the national standard map accuracy requirements. Map field checked, 1939. Scale changed, marginal data revised and Universal Transverse Mercator Grid added, 1952.

PRINTED BY ARMY MAP SERVICE, CORPS OF ENGINEERS, 6-53, 763801

Scale 1:50,000

CONTOUR INTERVAL 5 FEET
VERTICAL DATUM: MEAN GULF LEVEL AT BILOXI, MISSISSIPPI

TRANSVERSE MERCATOR PROJECTION
HORIZONTAL DATUM: 1927 NORTH AMERICAN DATUM

RED NUMBERED LINES INDICATE THE 1,000 METER UNIVERSAL TRANSVERSE
MERCATOR GRID, ZONE 15
THE LAST THREE DIGITS OF THE GRID NUMBERS ARE OMITTED

LEGEND
ROAD DATA 1939

REFUGE, MISS.; ARK.